**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

OCT 07 2005

LUTHER D. THOMAS, Clerk
By: ___ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TESS HOLLIS ANDRIATTI, Inmate # 55134-019,  Plaintiff, | :: | CIVIL ACTION NO. 1:05-CV-1804-MHS |
| v. | :: | |
| INVESTIGATOR DALE MAULDIN,  Defendant. | :: | MOTION TO RETURN PROPERTY 28 U.S.C. § 1331 |

### ORDER

On July 8, 2005, Plaintiff filed the instant civil action. [Doc. 1.] Plaintiff neither paid the initial filing fee nor submitted an affidavit in support of an application to proceed in forma pauperis. Accordingly, on August 12, 2005, this Court ordered Plaintiff to pay the initial filing fee in full or execute and return a proper affidavit and authorization for withdrawal from her inmate account. [Doc. 2.] The Court ordered Plaintiff to comply within thirty (30) days or face possible dismissal of this action. [Id.]

To date, Plaintiff has not responded to the Court's previous Order. Therefore, pursuant to LR 41.3(A)(2), N.D. Ga., this action is hereby **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to obey a lawful order of this Court.

**IT IS SO ORDERED** this 7 day of Oct, 2005.

_____
MARVIN H. SHOOB
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)